UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| REBECCA NOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:23-cv-00331-GFVT |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, *Commissioner of Social Security* | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Rebecca Noe's Complaint [**R. 1**] is **DISMISSED** with prejudice;

2. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This judgment is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 17th day of October 2024.

Gregory F. Van Tatenhove
United States District Judge